**Boy Francy TENDEAN, a.k.a. Boy Francy Tedean; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73161.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 29, 2011.

Sharon A. Healey, Law Office of Sharon A. Healey, Seattle, WA, for Petitioners.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, DOJ–U.S. Department of Justice, Judith Roberta O'Sullivan, Esquire, Trial, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

### MEMORANDUM **

Boy Francy Tendean and his family, natives and citizens of Indonesia, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's decision denying their application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir.2009), and we deny the petition for review.

Petitioners do not challenge the agency's determinations that their asylum application was untimely, that they did not meet their burden of establishing past persecution, and that they are ineligible for CAT relief. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

Substantial evidence supports the agency's finding that petitioners have not established a clear probability of persecution.

*See Wakkary*, 558 F.3d at 1066 ("An applicant for withholding of removal will need to adduce a considerably larger quantum of individualized-risk evidence."). Further, the record does not compel the conclusion that there is a pattern or practice of persecution against Christians in Indonesia. *See id.* at 1060–62. Accordingly, petitioners' withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

